**UNITED STATES DISTRICT COURT**
**For the**
**District of Columbia**

Ms. Angela Brunson *

3331 N St NE,

Washington D.C. 20002

*Plaintiff*

v. * Case # 1:24-cv-03382

Ms. Frances Hom, *et al.*

419 7th St NW #405

Washington, D.C. 20004

*Defendants* *

**MOTION FOR ALTERNATIVE SERVICE**

I, Angela Brunson, hereby respectfully file this motion for alternative service. In support of my motion, I state:

1. At this time, I have been unable to serve the Defendant with the Complaint and Summons (hereinafter "the documents") for this case.

2. I attempted to serve the above-captioned Defendant with the documents in the following ways:

- I requested this Honorable Court to have the U.S. Marshals serve the Defendant court-appointed guardian, which has thus far been unsuccessful.
- I mailed the documents to the above-captioned address by "certified mail, return receipt requested" on 4/24/25 and the post office never sent the return receipt to me.
- I arranged to have someone else, who is over the age of 18 years old and not a party to this case, hand the documents to the Defendant in person:
  - Name of person attempting service: Joshua Brunson
  - Date(s) of attempted service: April 7th 2025 and April 21, 2025
  - Reason service did not occur: Not Ms. Hom address. (Vacant building) and a address she only Receive her mail to come to.

3. While I have not been able to serve the Defendant by taking the above steps, I believe I can provide notice of these proceedings to the Defendant through the following method(s) by providing a copy of the documents to the Defendant at the following email address: franceshomesq@gmail.com. She has corresponded with me recently through this email.

RECEIVED
MAY 15 2025
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

4. I also believe I can provide notice by delivering a copy of the documents to the District of Columbia by leaving it with the Attorney General's office since the Defendant is a state actor acting under color of law with the District.

**WHEREFORE** the Plaintiff respectfully requests that this Honorable Court permit alternative service for the Defendant court-appointed guardian.

Respectfully submitted,

Ms. Angela Brunson
3331 N St NE,
Washington D.C. 20002
*Pro Se Litigant*
5/15/25

**CERTIFICATE OF SERVICE**

I hereby certify that I served via first-class mail a copy of the foregoing on 5/15/25 to the following parties:

Ms. Frances Hom,
419 7th St NW #405
Washington, D.C. 20004
*Defendant*

Matthew Blecher
400 6th St, NW
Washington DC 20001
*Counsel for Defendant District of Columbia*

**UNITED STATES DISTRICT COURT**
**For the**
**District of Columbia**

Ms. Angela Brunson *
3331 N St NE,
Washington D.C. 20002
*Plaintiff*
v. * Case # 1:24-cv-03382
Ms. Frances Hom, *et al.*
419 7th St NW #405
Washington, D.C. 20004
*Defendants* *

**ORDER**

Upon consideration of the Plaintiff's Motion for Alternative Service, it is on this ________ day of ____________________, 2025, hereby

**ORDERED** that the Plaintiff's Motion is **GRANTED**; it is further

**ORDERED** that the Plaintiff shall be permitted to serve Defendant Frances Hom alternatively by serving the Defendant District of Columbia within thirty (30) days of this Order.

**IT IS SO ORDERED.**

________________________________________

**Hon. Randolph D. Moss**

**Cc:**

Ms. Frances Hom,
419 7th St NW #405
Washington, D.C. 20004
*Defendant*

Matthew Blecher

Ms. Angela Brunson

400 6th St, NW

Washington DC 20001

*Counsel for Defendant District of Columbia*

3331 N St NE,

Washington D.C. 20002

*Plaintiff*

5/15/25, 10:19 AM Case 1:24-cv-03382-RDM Document 24 Filed 05/15/25 Page 5 of 5
USPS Tracking Intranet

Help

# Product Tracking & Reporting

UNITED STATES POSTAL SERVICE

Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information

## USPS Tracking Intranet

### Delivery Signature and Address

**Tracking Number: 7022 2410 0002 8445 9325**

**This item was delivered on 04/28/2025 at 11:17:00**

< Return to Tracking Number View

Signature
Address

Enter up to 35 items separated by commas.

Select Search Type: Quick Search

Submit

Product Tracking & Reporting, All Rights Reserved
Version: 25.3.2-d4f171fb